IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GREGORY GOSSETT and
PHIL ATHERTON,**

**Plaintiff,**

**v.**

**ROD R. BLAGOJEVICH,
ROGER E. WALKER, JR.,
SALVADOR GODINEZ,
RICK BARD, and
ROBERT SHELDON FREY,**

**Defendants.**                                               No. 06-600-DRH

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court on Defendants' Agreed Motion for Enlargement of Time to answer or otherwise plead in this cause. (Doc. 10.) The Court, being fully advised in the premises, **GRANTS** Defendants' motion (Doc. 10) and **EXTENDS** Defendants' time to answer or otherwise plead in this cause until October 27, 2006.

**IT IS SO ORDERED.**

Signed this 16th day of October, 2006.

/s/         David   RHerndon
**United States District Judge**