IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GREGORY GOSSETT and
PHIL ATHERTON,

Plaintiffs,

v.

ROD R. BLAGOJEVICH,
ROGER E. WALKER, JR.,
SALVADOR GODINEZ,
RICK BARD, and ROBERT
SHELTON FREY,

Defendants.                                                     No. 06-0600-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is the parties' stipulation of dismissal without prejudice as to Defendant Blagojevich (Doc. 44). The Court **ACKNOWLEDGES** the stipulation and **DISMISSES** without prejudice the claims against Blagojevich.

**IT IS SO ORDERED.**

Signed this 24th day of October, 2007.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**