IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY GOSSETT and PHIL ATHERTON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| ROD R. BLAGOJEVICH, et al., | ) ) |
| Defendants. | ) |

Case No. 3:06-cv-600 DRH

**ORDER**

On November 29, 2007, the Court held a telephonic discovery dispute conference in this matter regarding three proposed discovery requests made by the Defendants, specifically an interrogatory directed to Plaintiff Gossett, and two identical requests to produce documents, one directed to Plaintiff Gossett, and the other directed to Plaintiff Atherton.

In making its determinations, the Court relies on Plaintiffs' counsel's representations made at the conference that at the time of production, the previously-produced documents were organized and labeled by category and Bates stamped. The Court finds this categorization sufficient under Federal Rule of Civil Procedure 34(b)(i),[1] and moreover, to be responsive to Defendants' Document Requests 1, 2, 3, and 4(ii)-(vi). The court agrees that Document Requests 5 and 6 seek identification of documents already produced in compliance with Fed. R. Civ. P. 34(b)(i) and furthermore, that they potentially seek privileged work product.

Based upon the arguments of the parties made in the conference, the Court hereby **ORDERS** the following.

---

[1] Fed. R. Civ. P. 34(b)(i) requires that "a party who produces documents for inspection shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the request."

1. Plaintiff Gossett shall answer Defendants' interrogatory on or before December 14, 2007.

2. Plaintiff Gossett shall produce documents responsive to Defendants' Document Request 4(i), regarding political affiliation, and Document Request 7.

3. Plaintiff Atherton shall produce documents responsive to Defendants' Document Request 4(i), regarding political affiliation, and Document Request 7.

**IT IS SO ORDERED.**

**DATED: November 30, 2007**

                                                  <u>s/ *Donald G. Wilkerson*</u>
                                                  **DONALD G. WILKERSON**
                                                  **United States Magistrate Judge**