IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GREG GOSSETT and PHIL ATHERTON ) | | |
| Plaintiffs, ) | CASE NO.: | 06-cv-600-DRH-DGW |
| ) | | |
| vs. ) | CJRA TRACK: | B |
| ) | | |
| ROD BLAGOJEVICH, ROGER E. ) | JUDGE: | David R. Herndon |
| WALKER, JR., SALVADOR GODINEZ, ) | | |
| RICK BARD and ROBERT FREY, ) | | |
| Defendants. ) | | |

## ORDER

THIS MATTER comes before the Court on the Plaintiffs', Gregory Gossett and Phil Atherton, and Defendant Blagojevich's Stipulation of Dismissal with Prejudice as to Defendant Blagojevich. For good cause shown, the Court being fully advised in the premises hereby **GRANTS** the Stipulation of Dismissal with Prejudice as to Defendant Blagojevich. The Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same at the close of the case.

IT IS SO ORDERED.

Date: December 21, 2007

/s/     *David R Herndon*

Chief Judge
United States District Court